# Order

Michigan Supreme Court
Lansing, Michigan

November 27, 2019

159660-1

MAEGAN TURNER, by WALTER SAKOWSKI,
Conservator,
   Plaintiff,

and

RIVERVIEW MACOMB HOME &
ATTENDANT CARE, LLC,
   Intervening Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
   Defendant/Cross-Plaintiff/
   Cross-Defendant-Appellee,

and

ENTERPRISE LEASING CORPORATION OF
DETROIT, LLC and EAN HOLDINGS, LLC,
   Defendants/Cross-Defendants-
    Appellants,

and

ESTATE OF JASON PUCKETT, by GARY
DUANE RUPP, Personal Representative,
   Defendant/Cross-Plaintiff,

and

PATSY VILLNEFF and TAMERA HARPER,
   Defendants/Cross-Defendants.
_____/

SC: 159660
COA: 339624
Wayne CC: 16-002031-NF

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JONTE EVERSON,
         Plaintiff,

v

                                        SC: 159661
                                        COA: 339815
FARMERS INSURANCE EXCHANGE,      Washtenaw CC: 16-000359-NF
         Defendant/Third-Party
         Plaintiff-Appellee,

and

ENTERPRISE LEASING COMPANY,
         Third-Party Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the April 16, 2019 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether a self-insured vehicle owner is subject to the priority provision in the former MCL 500.3114(4)(a) as "[t]he insurer of the owner or registrant of the vehicle occupied" if the self-insured entity's vehicle involved in the accident was not subject to the security provisions of the no-fault act because it was registered in another state, did not need to be registered in this state, and was not operated in this state for more than 30 days during the applicable year. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019

                                      Clerk

p1120